1  Yvette Davis (Bar No. 165777)
   Steven M. Cvitanovic (Bar No. 168031)
2  Jessica M. Lassere (Bar No. 286724)
   HAIGHT BROWN & BONESTEEL LLP
3  Three Embarcadero Center
   Suite 200
4  San Francisco, CA 94111-4005
   Telephone:  415.546.7500
5  Facsimile:  415.546.7505
   Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME
6  BUILDING MAINTENANCE CO., INC., a California corporation

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 SERVICE EMPLOYEES INTERNATIONAL )   Case No. CV 13 3078
   UNION NATIONAL INUDSTRY PENSION  )
12 FUND; STEPHEN ABRECHT, Trustee;   )   STIPULATION AND [PROPOSED]
   RODERICK S. BASHIR, Trustee; KEVIN J. ) ORDER GRANTING CONTINUANCE OF
13 DOYLE, Trustee; DAVID A. STILWELL, )   CASE MANAGEMENT CONFERENCE
   Trustee; STEVEN W. FORD, Trustee;  )
14 LARRY T. SMITH, Trustee; FRANK A.  )
   MASON, Trustee; EDWARD MANKO,     )
15 Trustee; JOHN J. SHERIDAN, Trustee; JOHN )
   J. SHERIDAN, Trustee; and MYRIAM  )
16 ESCAMILLA, Trustee,                )
                                      )
17           Plaintiffs,               )
                                      )
18      v.                            )
                                      )
19 GCA SERVICES GROUP, INC., a Delaware )
   corporation; and ACME BUILDING     )
20 MAINTENANCE CO., INC., a California )
   corporation,                       )
21                                    )
             Defendants.              )
22                                    )
                                      )
23 _____   )

24                                  **STIPULATION**

25      It is hereby stipulated and agreed by and between Plaintiffs SERVICE EMPLOYEES

26 INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND (the "Plaintiff Pension

27 Fund"), and STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J.

28
   Stipulation and [Proposed] Order Granting Continuance of Case Management Conference
                                      Page 1 of 3

DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MASON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee (the "Plaintiff Trustees"), and Defendants GCA SERVICES GROUP, INC., ("GCA"), ACME BUILDING MAINTENANCE CO., INC., ("ACME"), (hereinafter collectively referred to as the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS the Parties met and conferred via telephone on September 18 and 20, 2013, as part of their obligations under Federal Rule of Civil Procedure R.26, regarding the matters at issue and discovery to be conducted;

WHEREAS the Parties agreed after such telephone conferences there is a potential for early resolution of the instant matter after limited informal discovery, particularly GCA and ACME obtaining and producing their 2006-2008 California Employment and Development Department ("EDD") Quarterly Wage and Withholding Reports ("DE-6 forms") to Plaintiffs;

WHEREAS the Parties have not previously requested a time modification in this case;

WHEREAS the Parties submit that good cause exists for this brief continuance in that a continuance will minimize attorneys' fees and costs and court resources in the interim as the Parties attempt to resolve the instant matter;

NOW THEREFORE, it is hereby stipulated that the parties jointly request that this Court issue an Order Continuing the Case Management Conference currently scheduled for October 3, 2013 at 10:00 a.m. in Courtroom B, pursuant to this Court's July 3, 2013 scheduling order, to November 14, 2013 or any date thereafter as the court sees fit.

**IT IS SO STIPULATED.**
Dated: September 23, 2013        SALTZMAN & JOHNSON LAW CORP.

By: _____
Kimberly Anne Hancock
Attorneys for Plaintiffs SERVICE
EMPLOYEES INTERNATINAL
UNION NATIONAL INDUSTRY
PENSION FUND, et al

Dated: September 2|, 2013    HAIGHT BROWN & BONESTEEL LLP

By: *Jessica M. Lassere*
Steven M. Cvitanovic
Jessica M. Lassere
Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation

### [PROPOSED] ORDER

After consideration of the above Stipulation, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

That the parties requested continuance is granted and the intiail Case Management Conference hearing date be continued from October 3, 2013 to November 14, 2013. It is furthermore ordered that all related Rule 16 and Rule 26 deadlines are likewise continued in accordance with the new hearing date.

Dated: September 24, 2013



Judge, United States District Court
Northern District of California