Yvette Davis (Bar No. 165777)
Steven M. Cvitanovic (Bar No. 168031)
Jessica M. Lassere (Bar No. 286724)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center
Suite 200
San Francisco, CA 94111-4005
Telephone: 415.546.7500
Facsimile: 415.546.7505
Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MASON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br><br>    Plaintiffs,<br><br>v.<br><br>GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation,<br><br>    Defendants. | Case No. CV 13 0378<br><br>STIPULATION AND [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

**STIPULATION**

It is hereby stipulated and agreed by and between Plaintiffs SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND (the "Plaintiff Pension Fund"), and STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J.

DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MASON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee (the "Plaintiff Trustees"), and Defendants GCA SERVICES GROUP, INC., ("GCA"), ACME BUILDING MAINTENANCE CO., INC., ("ACME"), (hereinafter collectively referred to as the "Parties"), by and through their respective attorneys of record, as follows:

WHEREAS the Parties met and conferred via telephone on September 18 and 20, 2013, as part of their obligations under Federal Rule of Civil Procedure R.26, regarding the matters at issue and discovery to be conducted;

WHEREAS the Parties agreed after such telephone conferences there is a potential for early resolution of the instant matter after limited informal discovery, particularly GCA and ACME obtaining and producing their 2006-2010 California Employment and Development Department ("EDD") Quarterly Wage and Withholding Reports ("DE-6 forms") to Plaintiffs;

WHEREAS GCA and ACME have duly requested copies of their respective DE-6 forms from the EDD currently await the processing and arrival of same;

WHEREAS on October 31, 2013, Plaintiff Pension Fund informed Defendants it has uncovered new facts supporting its First Cause of Action for Payment of Delinquent Contributions Found Due under ERISA;

WHEREAS the Parties are each respectively investigating such facts and exchanging information informally in an attempt to progress settlement discussions;

WHEREAS the Parties have once previously been granted an extension of time in which to hold the Case Management Conference, originally scheduled for October 3, 2013, as the parties worked together to progress the case informally;

WHEREAS the Parties submit that good cause exists for this brief continuance in that a continuance will minimize attorneys' fees and costs and court resources in the interim as the Parties attempt to resolve the instant matter;

NOW THEREFORE, it is hereby stipulated that the parties jointly request that this Court issue an Order Continuing the Case Management Conference currently scheduled for November 14, 2013 at 10:00 a.m. in Courtroom B, to January 7, 2014 or any date thereafter as the court sees fit.

**IT IS SO STIPULATED.**

Dated: November 5, 2013      SALTZMAN & JOHNSON LAW CORP.

By: _Kimberly Anne Hancock_
Kimberly Anne Hancock
Attorneys for Plaintiffs SERVICE EMPLOYEES INTERNATINAL UNION NATIONAL INDUSTRY PENSION FUND, et al

Dated: November 4, 2013      HAIGHT BROWN & BONESTEEL LLP

By: _Jessica M. Lassere_
Steven M. Cvitanovic
Jessica M. Lassere
Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation

## [PROPOSED] ORDER

After consideration of the above Stipulation, and for good cause shown, it is hereby ORDERED, ADJUDGED AND DECREED:

That the parties requested continuance is granted and the initial Case Management Conference hearing date be continued from November 14, 2013 to January ~~7~~ 16, 2014. It is furthermore ordered that all related Rule 16 and Rule 26 deadlines are likewise continued in accordance with the new hearing date.

Dated: 11/7/2013

_____
Judge, United States District Court
Northern District of California