PHILIP M. MILLER (SBN 87877)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

YVETTE DAVIS (SBN 165777)
STEVEN M. CVITANOVIC (SBN 168031)
JESSICA M. LASSERE (SBN 286724)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, CA 94111-4005
Telephone: 415.546.7500
Facsimile: 415.546.7505

Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MASON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br><br>   Plaintiffs,<br><br>  v.<br><br>GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation,<br><br>   Defendants. | Case No. CV 13 03078 MEJ<br><br>**STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER**<br><br>Complaint filed: July 3, 2013 |

- 1 -  STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
CASE NO. CV 13 03078 MEJ

It is hereby STIPULATED AND AGREED by and between the parties as follows:

1. On September 10, 2013, Plaintiffs and Defendants filed a Stipulation and [Proposed] Order Selecting Mediation. Docket No. 11.

2. Thereafter, Judge Maria-Elena James issued an order on September 17, 2013, requiring that mediation be completed by December 16, 2013 (90 days from the date of the order). Docket No. 14.

3. On October 22, 2013, this Court designated Eric Ivary, Esq. as the Mediator. Docket No. 17.

4. The parties have been investigating facts and exchanging information informally in an attempt to reach settlement of this matter. The parties seek an extension of time from this Court within which to conduct the mediation in order to allow for Plaintiffs to further their efforts to settle this matter prior to the mediation.

5. Accordingly, good cause appearing, the parties respectfully request that this Court extend the deadline to complete the mediation for approximately 90 days through March 17, 2013.

Dated: December 16, 2013        SALTZMAN & JOHNSON LAW CORPORATION

                                By: /s/ Kimberly A. Hancock
                                    Kimberly A. Hancock
                                    Attorneys for Plaintiffs

Dated: December 16, 2013        HAIGHT BROWN & BONESTEEL LLP

                                By: /s/ Jessica M. Lassere
                                    Jessica M. Lassere
                                    Attorneys for Defendants GCA SERVICES
                                    GROUP, INC., a Delaware corporation; and
                                    ACME BUILDING MAINTENANCE CO., INC.,
                                    a California corporation

///

///

- 2 -    STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
CASE NO. CV 13 03078 MEJ

1    IT IS SO ORDERED.

2    Based on the foregoing, and good cause appearing, the parties shall complete the mediation
3    on or before March 17, ~~2013~~ 2014
4    Dated: 12/16/2013

                                    _____
                                    HONORABLE MARIA-ELENA JAMES
                                    UNITED STATES MAGISTRATE JUDGE

- 3 -   STIPULATION TO EXTEND MEDIATION DEADLINE; [PROPOSED] ORDER
CASE NO. CV 13 03078 MEJ

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\GCA-ACME BLDG MAINT\Pleadings\Mediation\12-16-13 Stipulation to Extend Mediation Deadline.doc