UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GCA SERVICES GROUP, INC., et al.,<br><br>Defendants. | Case No. 13-cv-03078-MEJ<br><br>**ORDER CONTINUING INITIAL CMC AND RELATED DEADLINES**<br><br>Re: Dkt. No. 23 |

This matter is set for an initial case management conference on January 16, 2014. Dkt. No. 19. On January 9, 2014, the parties filed their Joint Case Management Statement. Dkt. No. 23. In their CMC Statement, the parties indicate that they "anticipate being able to resolve this matter pursuant to an ADR Session and respectfully request that the Court decline to set any further case schedule dates until the ADR Session has been completed." *Id*. at 9. Consistent with this request, the parties do not propose any pre-trial deadlines in their CMC Statement. To allow the parties an opportunity to complete the ADR process, the Court **CONTINUES** the initial CMC date in this matter to **April 3, 2014** at 10:00 a.m. in Courtroom B. The parties shall file a joint CMC statement by **March 27, 2014**.

**IT IS SO ORDERED.**

Dated: January 13, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge