UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GCA SERVICES GROUP, INC., et al.,<br><br>Defendants. | Case No. 13-cv-03078-MEJ<br><br>**ORDER CONTINUING CMC** |

This matter is currently scheduled for a Case Management Conference on May 22, 2014, and the parties' joint case management statement was due May 15.  However, on April 28, 2014, the Court granted the parties' stipulated request to continue the mediation deadline to June 30, 2014, to permit the parties to continue to work together toward a mutual resolution.  Dkt. No. 32.  Accordingly, the Court CONTINUES the Case Management Conference to July 17, 2014, at 10:00 a.m. in Courtroom B.  The parties shall file their joint CMC statement by July 10, 2014.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge