UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GCA SERVICES GROUP, INC., et al.,<br><br>Defendants. | Case No.  13-cv-03078-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Statement (Dkt. No. 36), the Court CONTINUES the Case Management Conference in this case to November 20, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  All related deadlines are adjusted accordingly.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge