UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INDUSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GCA SERVICES GROUP, INC., et al., <br><br> Defendants. | Case No. 13-cv-03078-MEJ <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Case Management Conference in this case, currently scheduled on February 19, 2015, is CONTINUED to March 12, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.  This conference shall be attended by lead trial counsel for parties who are represented.  The Joint Case Management Statement shall be filed by March 5, 2015.

**IT IS SO ORDERED.**

Dated: January 27, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge