PHILIP M. MILLER (SBN 87877)
ANNE M. BEVINGTON (SBN 111320)
KIMBERLY A. HANCOCK (SBN 205567)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287
pmiller@sjlawcorp.com
khancock@sjlawcorp.com

Attorneys for Plaintiffs

STEVEN M. CVITANOVIC (SBN 168031)
JESSICA M. LASSERE RYLAND (SBN 286724)
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, CA 94111-4005
Telephone: 415.546.7500
Facsimile:  415.546.7505

Attorneys for Defendants GCA SERVICES
GROUP, INC., a Delaware corporation;
and ACME BUILDING MAINTENANCE CO.,
INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND; STEPHEN ABRECHT, Trustee; RODERICK S. BASHIR, Trustee; KEVIN J. DOYLE, Trustee; DAVID A. STILWELL, Trustee; STEVEN W. FORD, Trustee; LARRY T. SMITH, Trustee; FRANK A. MASON, Trustee; EDWARD MANKO, Trustee; JOHN J. SHERIDAN, Trustee; JOHN J. SHERIDAN, Trustee; and MYRIAM ESCAMILLA, Trustee,<br><br>                    Plaintiffs,<br><br>          v.<br><br>GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation,<br><br>                    Defendants. | **CASE NO. CV** 13 03078 MEJ<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT; STIPULATION AND JOINT REQUEST TO EXTEND DATE FOR COMPLETION OF MEDIATION; [PROPOSED] ORDER THEREON**<br><br>Date:         March 12, 2015<br>Time:        10:00 a.m.<br>Judge:       Hon. Maria-Elena James<br>Courtroom: B, Fifteenth Floor<br>                  450 Golden Gate Avenue<br>                  San Francisco, CA<br><br>Complaint filed:  July 3, 2013 |

- 1 -
JOINT CMC STATEMENT; JOINT REQUEST TO EXTEND
MEDIATION DEADLINE; [PROPOSED] ORDER
CASE NO. CV 13-03078 MEJ

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\GCA-ACME BLDG MAINT\Pleadings\CMC\3-5-15 FINAL Joint CMC Statement.doc

Pursuant to Rule 16-10(d) of the Local Rules of this Court, Plaintiffs Service Employees International Union National Industry Pension Fund (the "Fund") and its Trustees jointly with Defendants GCA Services Group, Inc. ("GCA"), and Acme Building Maintenance Co., Inc. ("Acme") (collectively "Defendants), submit this updated Joint Case Management Conference Statement and Stipulation to Continue Case Management Conference set for March 12, 2015.

1. <u>Progress or changes since last Case Management Statement</u>

   A. <u>Audit Completed</u>

The Fund has completed its payroll audit of defendants. Based on audit findings, the amount of plaintiffs' claim as of February 28, 2015 is as follows:

| Amount | Description |
|---|---|
| $296,108.97 | Unpaid contributions from audit, including surcharges (§ 502(g)(2)(A)) |
| $169,407.22 | Interest on unpaid contributions-audit (§ 502(g)(2)(B)) |
| $169,407.22 | Amount equal to interest-audit (§ 502(g)(2)(C)) |
| $33,850.89 | Reasonable attorney's fees as of February 28, 2015 (§ 502(g)(2)(D)) |
| $744.39 | Costs of suit (§ 502(g)(2)(D)) |
| $4,116.00 | Testing Fee (§ 502(g)(2)(E), *Operating Engineers Pension Trust v. A-C Co*., 859 F.2d 1336, 1343 (9th Cir. 1988)) |
| $673,634.69 | Total audit claim as of February 28, 2015 |

In January 2015, defendants provided plaintiffs with a preliminary response to its audit results. Defendants contend that the vast majority of plaintiffs' damages are barred by the four-year statute of limitations. Following mediation in January, Defendants are in the process of conducting a joint review with plaintiffs' representatives of the amount of purportedly unpaid contributions found in the audit, and anticipate challenging any amounts that they contend were found in error. The parties anticipate that defendants will provide plaintiffs with a detailed response to the audit, with supporting documentation. Plaintiffs anticipate that they may revise the audit if Defendants present meritorious and documented challenges as to any of the contributions found due.

   B. <u>ADR</u>

The parties participated in a mediation session on January 28, 2015. As reported by the mediator (Docket No. 41), the mediation process is continuing, with a further mediation session scheduled for May 7, 2015.

2. <u>Proposals for case development process</u>.

The parties continue to anticipate that this matter will be resolved through the mediation process. The parties propose that a Case Management Conference be set for a date shortly after May 7, 2015, the date of the scheduled mediation session, to report to the Court on the status of the matter and to set a trial date should the mediation be unsuccessful.

3. <u>Joint request to extend date to complete mediation to May 7, 2015</u>.

The parties hereby stipulate and jointly request that the Court extend the date to complete mediation to May 7, 2015.

Dated:  March 5, 2015                         SALTZMAN & JOHNSON LAW CORPORATION

                                              _____/S/_____
                                              By:  Anne M. Bevington
                                              Attorneys for Plaintiffs


Dated:  March 5, 2015                         HAIGHT BROWN & BONESTEEL LLP

                                              _____/S/_____
                                              By:  Jessica M. Lassere Ryland
                                              Attorneys for Defendants


DECLARATION OF ANNE M. BEVINGTON

Pursuant to ECF General Order 45, I, Anne M. Bevington, declare as follows:

1. The signatory listed above, Jessica M. Lassere Ryland, of the law firm of Haight Brown & Bonesteel LLP, is an attorney of record for Defendants GCA Services Group, Inc., a Delaware corporation; and Acme Building Maintenance Co., Inc., a California corporation;

2. Concurrent with the e-filing of the within Joint Case Management Conference Statement, authority was obtained from Jessica M. Lassere Ryland in lieu of her signature on the Stipulation;

3. The Law Offices of Saltzman & Johnson maintain a record to support this concurrence for subsequent production for this court if so ordered for inspection upon request by a party until one year after final resolution of the within action, including appeal, if any.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 5th day of March, 2015, at San Francisco, California.

_____/S/_____
Anne M. Bevington

## ORDER

Based on the foregoing Joint Case Management Statement and Stipulation and Joint Request to Extend Date for Completion of Mediation, and good cause appearing, it is hereby ordered that the parties shall complete the Mediation on or before May 7, 2015 and a Case Management Conference shall be held on ___May 28_____, 2015, at 10:00 a.m. with Joint CMC statement due May 21.

**IT IS SO ORDERED.**

Dated: March 6, 2015                    _____
                                         HONORABLE MARIA-ELENA JAMES
                                         UNITED STATES MAGISTRATE JUDGE

- 4 -
JOINT CMC STATEMENT; JOINT REQUEST TO EXTEND
MEDIATION DEADLINE;  [PROPOSED] ORDER
CASE NO. CV 13-03078 MEJ

P:\CLIENTS\SEIUN\COLLECTIONS\CASES\GCA-ACME BLDG MAINT\Pleadings\CMC\3-5-15 FINAL Joint CMC Statement.doc