ANNE M. BEVINGTON (SBN 111320)
abevington@sjlawcorp.com
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Telephone:  (415) 882-7900
Facsimile:   (415) 882-9287

Attorneys for Plaintiffs

STEVEN M. CVITANOVIC (SBN 168031)
scvitanovic@HBBLAW.com
DAVID A. HARRIS (SBN 129837)
DHarris@HBBLAW.com
HAIGHT BROWN & BONESTEEL LLP
Three Embarcadero Center, Suite 200
San Francisco, CA 94111-4005
Telephone:  415.546.7500
Facsimile:   415.546.7505

Attorneys for Defendants GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION NATIONAL INUDSTRY PENSION FUND, et al., <br><br> Plaintiffs, <br> v. <br><br> GCA SERVICES GROUP, INC., a Delaware corporation; and ACME BUILDING MAINTENANCE CO., INC., a California corporation, <br><br> Defendants. | CASE NO. CV 13-03078 MEJ (KAW) <br><br> STIPULATION AND JOINT REQUEST TO EXTEND DATE FOR LODGING OF SETTLEMENT CONFERENCE STATEMENTS; [PROPOSED] ORDER THEREON <br><br> Complaint filed:          July 3, 2013 <br> Trial date:                    November 7, 2016 <br> Settlement Conference:   May 23, 2016 |

On March 15, 2016, this matter was referred to Magistrate Judge Kandis A. Westmore for settlement.  Under the Civil Minute Order filed March 31, 2013 (Dkt #54) which sets forth the substance of the pre-settlement telephonic conference held before Judge Westmore on that date,

Judge Westmore set the Settlement Conference to occur in this matter on May 23, 2016, and set May 13, 2016 as the last day for the parties to lodge their Settlement Conference Statements.

Since the March 31, 2016 pre-settlement telephone conference, the parties have exchanged relevant documents and information and pre-settlement discussions are continuing to occur as ordered by Judge Westmore.  Defendant submitted documents to the Plaintiffs on May 8, 2016, and has requested that the Plaintiffs respond to that information before Defendant could be in a position to formulate a settlement position. Defendants submitted additional documents on May 11, 2016, which Plaintiffs must evaluate.

In order to allow the parties time to review and process recently-exchanged information in advance of submitting their settlement conference statements, the parties stipulate and request a 5-day extension of time in which to prepare and lodge their Settlement Conference Statements, from May 13, 2016 to May 18, 2016.

**SO STIPULATED.**

Dated:  May 12, 2016                              SALTZMAN & JOHNSON LAW CORPORATION


                                                  __/S/ Anne M. Bevington_____
                                                  By:  Anne M. Bevington
                                                  Attorneys for Plaintiffs


Dated:  May 12, 2016                              HAIGHT BROWN & BONESTEEL LLP


                                                  __/S/ David A. Harris_____
                                                  By:  David A. Harris
                                                  Attorneys for Defendants


SIGNATURE ATTESTATION

Pursuant to Rule 5-1(i)(3) of the Civil Local Rules of this Court, I attest that concurrence in the filing of this document has been obtained from the other signatory, David A. Harris.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was signed this 12th day of May, 2016, at San Francisco, California.

                                       __/S/ Anne M. Bevington_____
                                       Anne M. Bevington

**ORDER**

Based on the foregoing stipulation and joint request, and good cause appearing, IT IS HEREBY ORDERED as follows:

The deadline for the parties to lodge their Settlement Conference Statements is hereby extended 5 days from May 13, 2016 to May 18, 2016.

The Settlement Conference date set for May 23, 2016 shall remain unchanged.

**IT IS SO ORDERED.**

Dated:  5/13/16                              _____
                                          HONORABLE KANDIS A. WESTMORE
                                          UNITED STATES MAGISTRATE JUDGE